PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

**Report on Offender Under Supervision**

FILED
DISTRICT COURT OF GUAM
NOV -8 2006
MARY L.M. MORAN
CLERK OF COURT

Name of Offender: **Maria Palomo Tamashiro**  Case Number: **CR 00-00094-001**

Name of Sentencing Judicial    John S. Unpingco

Date of Original Sentence:    May 17, 2001

Original Offense:    Importation of Crystal Methamphetamine aka "Ice", in violation of 21 U.S.C. 952(a) and 960.

Original Sentence:    72 months imprisonment followed by a 36 month term of supervised release with conditions to include: refrain from the use of any and all alcoholic beverages; submit to one urinalysis test within 15 days of release from custody and to two more urinalysis tests within sixty days thereafter; participate in a drug education program approved by the U.S. Probation Office, and make co-payments for treatment at a rate to be determined by the U.S. Probation Office. It was further ordered that the defendant obtain and maintain gainful employment; perform 300 hours of community service under the direction of the U.S. Probation Office, and pay a special assessment fee of $100.

Type of Supervision:    Supervised release    Date Supervision Commenced: October 20, 2006

## NONCOMPLIANCE SUMMARY

Violation Number    Nature of Noncompliance

Ms. Tamashiro has been ordered to participate in a drug education program approved by the US. Probation Office. On January 14, 2002, while in the custody of the Bureau of Prisons, Ms. Tamashiro competed the 40 hour Drug Education Program. An assessment conducted by the undersigned probation officer concludes that substance abuse treatment is not needed at this time. The Texas Christian University Drug Screen was completed and Ms. Tamashiro scored a zero (0) confirming there is no need for treatment at this time. Ms. Tamashiro has additionally been ordered to submit to one urinalysis within 15 days of release from custody and two more urinalysis within 60 days thereafter, and will be monitored through these drug tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring her participation in a drug education program be suspended.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 11/6/06

Respectfully submitted,

by: GRACE D. FLORES
U.S. Probation Officer

Date: November 6, 2006

## THE COURT ORDERS

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Condition suspended as recommended.

☐ Other

RECEIVED
NOV - 7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCIS TYDINGCO-GATEWOOD
Chief Judge
District of Guam

NOV - 8 2006
Date